# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | | |
|---|---|---|
| ANY AND ALL FUNDS UP TO $120,000.00 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102626485 IN THE NAME OF SOLITA SCOTT AND ANY AND ALL FUNDS UP TO $92,742.63 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102614668 IN THE NAME OF KAI OLIVER | : : : : : : : : : : : | CIVIL ACTION NO. 21-CV-86- |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

NOW INTO COURT COMES Plaintiff, United States of America, by and through undersigned counsel, who alleges the following:

## NATURE OF THE ACTION

This is a civil action in rem brought to forfeit and condemn to the United States $120,000.00 formerly in Neighbors Federal Credit Union Account No. 2000102626485 in the name of Solita Scott, and $92,742.63 formerly in Neighbors Federal Credit Union Account No. 2000102614668 (collectively, the "defendant property"), representing any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of theft of government funds (18 U.S.C. § 641) and a violation of wire fraud (18 U.S.C. § 1341) and, thus, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

## JURISDICTION AND VENUE

The United States brings this action in rem in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over this action for forfeiture under 28 U.S.C. §§ 1355(a) and 2461(a),

and 18 U.S.C. §§ 981(a)(1)(C) and (D).

This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant in rem for each account pursuant to Federal Rules of Civil Procedure, Supplemental Rule G(3)(b)(i), which the United States will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(b) & (c).

Venue is proper in this district, pursuant to 28 U.S.C. § 1355(b)(1), because acts or omissions giving rise to the forfeiture occurred in this district.

## THE DEFENDANT IN REM

The defendant property consists of the following:

$120,000.00 formerly in Neighbors Federal Credit Union Account No. 2000102626485 in the name of Solita Scott, and $92,742.63 formerly in Neighbors Federal Credit Union Account No. 2000102614668 (collectively, the "defendant property"), which property is currently in the possession of the United States Treasury.

## FACTS

*Small Business Administration - Economic Injury Disaster Loan*

1. In March 2020, the Coronavirus Aid, Relief, and Economic Security (CARES) Act was passed and signed into law. This economic relief package included assistance for small businesses.

2. In response to the Coronavirus (COVID-19) pandemic, small business owners and non-profit organizations in all U.S. states, Washington D.C., and territories are able to apply for an Economic Injury Disaster Loan (EIDL). EIDL benefits are designed to provide economic relief to businesses that are currently experiencing a temporary loss of revenue due to the CoVid-19 pandemic. EIDL benefits and proceeds can be used by businesses to cover a wide array of working capital and normal operating expenses, such as continuation to health care benefits, rent,

utilities, employee payroll and other fixed debt payments.   The EIDL is managed by the Small Business Administration (SBA), and typically, these loans are "forgivable" by the U.S. Government, meaning if they are used as designed, the SBA has certain "forgiveness" protocols in place.   The SBA website advises that affected businesses in need can apply directly to the Small Business Administration for EIDL loans.   It was also determined that in order to qualify for an SBA/EIDL loan under the current requirements, a business <u>must have been in business prior to February 1st, 2020</u>.

3.     Applicants for an EIDL must apply directly through the SBA. When applications are received by the SBA, the applications are reviewed, and if approved, funds are disbursed directly to the applicant's bank account.

*Solita Scott's Company, Gwen Brooks Photography*

4.     According to the Louisiana Secretary of State's corporations database, Gwen Brooks Photography, LLC, was registered on July 5, 2020.   The registered agent and only listed officer was Solita Scott.   The domicile address for the company was listed as 1765 O'Neal Lane, Unit 131, Baton Rouge, LA, and the mailing address was listed as 2108 Greenfield Ave., Zachary, LA.

5.     Federal agents went to the address of 1765 O'Neal Lane to determine if it was an operational business.   This address is a Payless Super Storage facility and Unit #131 is likely a storage unit at this facility.

6.     Gwen Brooks Photography was not registered with the Louisiana Workforce Commission ("LWC") and the LWC did not have any payroll or wage figures for this company. Furthermore, the LWC reported that Scott, as of August 2020, was receiving unemployment benefits from the State of Louisiana.

7.     On July 28, 2020, an SBA/EIDL loan for $150,000 was applied for under the name of Gwen Brooks Photography, LLC.   The application claimed that the company had ten employees.

8.     When the SBA/EIDL loan application under the company name "Gwen Brooks Photography" was submitted, it was linked to Neighbors FCU account #2000102626485.   This loan was approved and funded with monies disbursed directly to the Neighbors FCU account #2000102626485 in the name of Gwen Brooks Photography LLC.   After a $100 filing fee was assessed, $149,900.00 was deposited into the account.

*Kai Oliver's Company, Rendazzle Creations*

9.     On July 1, 2020, Rendazzle Creations, LLC, was registered with the Louisiana Secretary of State.   The registered agent and only listed officer was Kai Oliver.   The domicile address for the company was listed as 1765 O'Neal Lane, Unit 191, Baton Rouge, LA, and the mailing address was listed as 2108 Greenfield Ave., Zachary, LA.

10.    Federal agents went to 1765 O'Neal Lane to determine if it was an operational business. This address was determined to be a Payless Super Storage which is a storage facility and Unit #191 is likely a storage unit at this facility.

11.    Rendazzle Creations was not registered with the Louisiana Workforce Commission ("LWC") and the LWC did not have any payroll or wage figures for this company. Furthermore, the LWC reported that Oliver, as of August 2020, was receiving unemployment benefits from the State of Louisiana.

12.    On July 4, 2020, an SBA/EIDL loan for $150,000 was applied for under the name of Rendazzle Creations, LLC.   The application claimed that the company had ten employees.

13. When the SBA/EIDL loan application under the company name "Rendazzle Creations LLC", it was linked to Neighbors FCU account #2000102614668. This loan was approved and funded with monies disbursed directly to the Neighbors FCU account #2000102614668 in the name of Rendazzle Creations LLC. After a $100 filing fee was assessed, $149,900 was deposited into the account.

*Interview of Scott and Oliver*

14. Agents with the United States Secret Service ("USSS") went to 2108 Greenfield Ave., Zachary, LA, the listed address for both companies. Agents found Scott and Oliver there and interviewed both. They advised that Oliver answered an advertisement on Facebook for "Virtuous Credit Solution" which was hosted by a friend of theirs. On this Facebook page, their friend advertised that she provided assistance to those attempting to obtain business loans.

15. Oliver and her roommate, Scott, asked this friend to help them. Their friend never mentioned the SBA or EIDL loans. The friend instructed both Oliver and Scott to open bank accounts at Neighbors FCU and to register their company names with the Louisiana Secretary of State's website. Both Oliver and Scott were told that the address of the storage units was the address for the "virtual business offices."

16. Both Oliver and Scott were then instructed to forward their personal identifiers and their Neighbors FCU account numbers to the friend who would apply for the business loans for them in return for a $10,000 fee each, which was to be paid after the receipt of the proceeds of the $150,000 loan request. Both Oliver and Scott showed that, once they received the loan proceeds, they each individually paid $10,000 to this friend.

17. Neither Oliver nor Scott had any employees of their businesses. They reviewed the loan applications submitted to the SBA and found some of the information provided in the applications to be false and inaccurate, including that each company had ten employees.

## LAW

18 U.S.C. § 981 – Civil Forfeiture

(a)(1) The following property is subject to forfeiture to the United States

(C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of … any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title) ….

## BASIS FOR FORFEITURE

The defendant property is subject to forfeiture to the United States pursuant to 18 gU.S.C. § 981(a)(1)(C) because it represents any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of theft of government funds (18 U.S.C. § 641) and to a violation of wire fraud (18 U.S.C. § 1341) and, thus, subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). Based on the facts set forth and incorporated herein, the defendant property should be properly condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the plaintiff requests that, pursuant to Federal Rules of Civil Procedure, Supplemental Rule G(3)(b)(i), the Court issue a warrant and summons for the arrest and seizure of each of the two accounts referred to as the defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against the defendant property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and that the Court award the plaintiff such other and further relief as this Court deems proper and just.

UNITED STATES OF AMERICA, by

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ J. Brady Casey
J. Brady Casey, LBN 24338
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: john.casey@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | | |
|---|---|---|
| ANY AND ALL FUNDS UP TO $120,000.00 | : | |
| IN NEIGHBORS FEDERAL CREDIT | : | CIVIL ACTION NO. 21-CV- |
| UNION ACCOUNT #2000102626485 | : | |
| IN THE NAME OF SOLITA SCOTT | : | |
| AND | : | |
| ANY AND ALL FUNDS UP TO $92,742.63 | : | |
| IN NEIGHBORS FEDERAL CREDIT | : | |
| UNION ACCOUNT #2000102614668 | : | |
| IN THE NAME OF KAI OLIVER | : | |

## **VERIFICATION**

I, Lindsay Touchet, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Secret Service, that I have read the foregoing <u>Verified Complaint In Rem</u> and know the contents thereof, and that the matters contained in the complaint are true to my own knowledge, except that those matters not within my own personal knowledge are alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with other officers, as a Special Agent with the United States Secret Service.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this <u>5th</u> day of February, 2021.

                                                                    *Lindsay Touchet*
                                                        LINDSAY TOUCHET
                                                        United States Secret Service

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>ANY AND ALL FUNDS UP TO $120,000.00 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102626485 IN THE NAME OF SOLITA SCOTT AND ANY AND ALL FUNDS UP TO $92,742.63 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102614668 IN THE NAME OF KAI OLIVER<br><br>*Defendant(s)* | Civil Action No.  21-CV-86 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANY AND ALL FUNDS UP TO $120,000.00 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102626485 IN THE NAME OF SOLITA SCOTT AND ANY AND ALL FUNDS UP TO $92,742.63 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102614668 IN THE NAME OF KAI OLIVER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Brady Casey
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-CV-86

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
ANY AND ALL FUNDS UP TO $120,000.00 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102626485 IN THE NAME OF SOLITA SCOTT AND ANY AND ALL FUNDS UP TO $92,742.63 IN NEIGHBORS FEDERAL CREDIT UNION ACCOUNT #2000102614668 IN THE NAME OF KAI OLIVER

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
J. Brad Casey, AUSA
777 Florida Street, Suite 208
Baton Rouge, LA 70801 Tel: 225-389-0443

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION  *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question  *(U.S. Government Not a Party)*
[ ] 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [X] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section 1341
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 02/08/2021

SIGNATURE OF ATTORNEY OF RECORD
/s/: J. Brady Casey

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.